UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN KIMBLE,

                 Plaintiff,                 Case No. 1:14-cv-01247

v                                  Hon. Janet T. Neff
                                  Magistrate Ellen S. Carmody

NEWCO INDUSTRIES, LLC and
TARA STRONG, jointly and severally,

                 Defendants.

_____

| | |
|---|---|
| Dustin Ehnis (P71643) | Christina K. McDonald (P73517) |
| DUSTIN EHNIS, P.C. | DICKINSON WRIGHT PLLC |
| Attorney for Plaintiff | Attorneys for Defendants |
| 3900 Francis Street | 200 Ottawa Avenue, NW |
| Jackson, MI  49203 | Suite 1000 |
| | Grand Rapids, MI 49503 |
| | (616) 458-1300 |

_____

## <u>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE</u>

Upon stipulation of counsel of record and the Court being otherwise fully advised:

IT IS ORDERED that this action is hereby dismissed with prejudice; and

IT IS FURTHER ORDERED that no costs or attorney fees are awarded or assessed and that each party shall be fully responsible for its costs and attorney fees incurred in connection with this action.

This concludes all aspects of this matter and closes the case.

IT IS SO ORDERED.

Dated: June 18, 2015           /s/ Ellen S. Carmody
                                 _____
                                 ELLEN S. CARMODY
                                 U.S. Magistrate Judge

1

Approved as to form:


Dustin Ehnis, P.C.                    Dickinson Wright PLLC

 /s/ Dustin Ehnis                         /s/ Christina K. McDonald
Dustin Ehnis (P71643)                 Christina K. McDonald (P73517)
Attorney for Plaintiff                Attorney for Defendants


Dated:  June 17, 2015

GRAPIDS 58410-1 366527v1